**2nd**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**MEDFORD DIVISION**

**KLAMATH SISKIYOU
WILDLANDS CENTER;
OREGON WILD; CASCADIA
WILDLANDS,**

   Plaintiffs,         No. 1:17-cv-00997-CL

  v.               **JUDGMENT**

**BUREAU OF LAND
MANAGEMENT; INTERIOR
BOARD OF LAND APPEALS,**

   Defendants.

  and

**MURPHY COMPANY,**

   Intervenor-Defendant
_____

McSHANE, District Judge.

   For the reasons set forth in the accompanying Order, this case is REMANDED to the BLM

for consideration of a reasonable range of alternatives under NEPA.

   It is so ORDERED and DATED this 2nd day of July, 2019.


         s/Michael J. McShane_____
         MICHAEL McSHANE
         United States District Judge